IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00664-CMA-MEH

RUSSELL TOBIAS, and
WILLIAM LEOPARD,

    Plaintiffs,

v.

TRANS UNION, LLC, and
BANK OF AMERICA NA,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2015.**

    The Joint Motion for Agreed Protective Order [filed July 28, 2015; docket #19] is **granted**. The parties' Agreed Protective Order is accepted and filed contemporaneously with this minute order.