IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00664-CMA-MEH

RUSSELL TOBIAS, and
WILLIAM LEOPARD,

    Plaintiffs,

v.

TRANS UNION, LLC, and
BANK OF AMERICA NA,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, NA

    This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice as to Defendant Bank of America, NA. (Doc. # 24.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) & (a)(2), and good cause appearing, the Court hereby GRANTS the Motion. It is

    FURTHER ORDERED that all claims against Defendant Bank of America NA are hereby DISMISSED WITH PREJDUICE, each party to bear its own costs and attorney fees. It is

    FURTHER ORDERED that the case caption shall be amended in accordance with the instant Order.

DATED:  December 22, 2015

                                           BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District Judge