**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00664-CMA-MEH

RUSSELL TOBIAS, and
WILLIAM LEOPARD,

      Plaintiffs,

v.

TRANS UNION, LLC,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation of Dismissal With Prejudice (Doc. # 26), signed by the attorneys for the

parties hereto, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorneys' fees, expenses, and costs.

DATED:  December 23, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge